UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20751-Civ-COOKE/TURNOFF

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

vs.

PILOTO PHOTO CENTER, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting Plaintiff EEOC's Motion for Final Default Judgment against Defendant Piloto Photo Center, Inc. (ECF No. 43), **JUDGMENT** is hereby entered in favor of Plaintiff Equal Employment Opportunity Commission, and against Defendant Piloto Photo Center, Inc. ("Piloto") as follows:

1. Piloto shall pay Tanya Machin a total of $139,320.00 in damages. This amount is the sum of $ 89,320.00 in back pay, $ 25,000.00 in compensatory and $25,000.00 in punitive damages.

2. Piloto shall pay Maria Rodriguez a total of $103,707.50 in damages. This amount is the sum of $53,707.50 in back pay, $25,000.00 in compensatory and $25,000.00 in punitive damages.

3. Piloto shall pay Maria Mejia a total of $30,000.00. This amount is the sum of $15,000.00 in compensatory and $15,000.00 in punitive damages.

4. Piloto shall pay Carmen Obregon a total of $40,000.00. This amount is the sum of $20,000.00 in compensatory and $20,000.00 in punitive damages.

5. Piloto shall pay Yolanda Reinoso a total of $20,000.00. This amount is the sum of $10,000.00 in compensatory and $10,000.00 in punitive damages.

6. Piloto shall pay Barbara Romero a total of $40,000.00. This amount is the sum of $20,000.00 in compensatory and $20,000.00 in punitive damages.

7. Piloto shall pay Raysa Alfonso a total of $20,000.00. This amount is the sum of $10,000.00 in compensatory and $10,000.00 in punitive damages.

8. The aforementioned amounts shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by Rule 69(a) of the Federal Rules of Civil Procedure, for which let execution issue.

9. While Defendant Piloto is not currently operating, should it resume operations, in addition to the monetary relief, the following injunctive relief is **ORDERED** and shall become effective upon passage of thirty (30) days after Piloto Photo Center, Inc., under this corporate name or another, resumes operations:

    a. Piloto, its owners, officers, managers, employees, agents, partners, successors, and assigns, are enjoined from permitting and/or allowing owner Carlos Piloto from discriminating on the basis of sex in violation of Title VII including, but not limited to, the creation of a hostile work environment based on sex involving sexually explicit conduct, comments and/or unwanted physical contact.

    b. Piloto, and all of its owners, officers, managers, employees, agents, partners, successors, and assigns, are enjoined from engaging in any form of retaliation against current or former employee/servers who complained about or were subjected to a hostile work environment based on their sex by Carlos Piloto because such person has opposed any practice made unlawful under Title VII, filed a Charge of Discrimination, testified or participated in any manner in any

investigation, proceeding, or hearing under Title VII, or asserted any rights under this Decree.

c. Piloto Photo Center is to create and disseminate an anti-sexual harassment policy, which will specify that prohibited behavior will not be tolerated from Piloto's owners, managers, employees, customers or clients. The Policy will provide that:

   i. a discrimination complaint, may be made to any manager;

   ii. Piloto will not retaliate against employees who make such complaints, or provide information related to such complaints;

   iii. employees need not complain of discrimination to the alleged perpetrator of such discrimination;

   iv. Piloto will treat discrimination complaints confidentially, to the extent possible, while conducting a thorough investigation which includes but is not limited to interviewing witnesses, reviewing surveillance and retaining proper evidence;

   v. Piloto will take immediate and appropriate action to stop discrimination and prevent it from recurring; and

   vi. anyone who violates Piloto's Policy is subject to discipline up to and including discharge and/or being banned from facility.

d. Piloto will retain an independent human resources consulting firm to provide four (4) hours of annual training for all of its employees, including all management personnel, with specific emphasis on sexual harassment and retaliation. Management personnel will have an additional one (1) hour of training each year with specific emphasis on complaint procedures, investigations of complaints and

appropriate corrective measures.

It is **FURTHER ORDERED and ADJUDGED** that Plaintiff Equal Employment Opportunity Commission shall have and recover from Defendant Piloto Photo Center, Inc. $790.00 in previously awarded unpaid sanctions.

All remaining motions, if any, are **DENIED** *as moot*. The Clerk of the Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami this 18th day of September 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*

Carlos Piloto
Piloto Photo Center, Inc.
12010 SW 8 Street, Miami, Florida 33184
1200 SW 126th Place, Miami, Florida 33184